JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hee Chang Choi,  ) | SACV 15-00236 JVS (RNBx) |
| ) | |
| Plaintiff,  ) | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICT |
| v.  ) | |
| U.S.B.C.,  ) | |
| Defendant(s).  ) | |

The Court, having read and considered the plaintiff's Motion to Dismiss Without Prejudice filed on June 29, 2015, hereby GRANTS the plaintiff's motion.

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice.

DATED:    June 30, 2015

_____
James V. Selna
United States District Judge